**TREXLER v. K-MART CORP.**

[342 N.C. 637 (1996)]

CAROLYN DALE TREXLER v. K-MART CORPORATION

No. 323PA95

(Filed 9 February 1996)

**Negligence § 140 (NCI4th)— slip and fall—invitee—summary judgment motion—inspection of premises—burden of coming forward with evidence**

The Court of Appeals decision that in slip and fall cases involving injury to an invitee in which defendant moves for summary judgment, it is appropriate to place upon defendant the initial burden of gathering information about whether, when, and by whom the premises were last inspected prior to plaintiff's injury is reversed based upon the authority of *Roumillat v. Simplistic Enterprises, Inc.*, 331 N.C. 57, 414 S.E.2d 339.

**Am Jur 2d, Premises Liability § 29.**

**Store or business premises slip-and-fall: Modern status of rules requiring showing of notice of proprietor of transitory interior condition allegedly causing plaintiff's fall. 85 ALR3d 1000.**

**Liability of owner of store, office, or similar place of business to invitee falling on tracked-in water or snow. 20 ALR4th 438.**

**Liability of operator of store, office, or similar place of business to invitee slipping on spilled liquid or semiliquid substance. 26 ALR4th 481.**

On discretionary review pursuant to N.C.G.S. § 7A-31(a) of a decision of the Court of Appeals, 119 N.C. App. 406, 458 S.E.2d 720 (1995), reversing an order allowing summary judgment for defendant, entered on 16 November 1993 by Webb, J., in Superior Court, Rowan County. Heard in the Supreme Court 14 December 1995.

*Wallace and Whitley, P.A., by Michael S. Adkins, for plaintiff-appellee.*

*Hedrick, Eatman, Gardner & Kincheloe, by Scott M. Stevenson and Allen C. Smith, for defendant-appellant.*

*Davis, Murrelle & Lumsden, P.A., by Janet M. Lyles, on behalf of North Carolina Academy of Trial Lawyers, amicus curiae.*

**STATE v. SHOFF**

[342 N.C. 638 (1996)]

PER CURIAM.

Based upon the authority of *Roumillat v. Simplistic Enters.*, 331 N.C. 57, 414 S.E.2d 339 (1992), the decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further remand to the Superior Court, Rowan County, for reinstatement of the trial court's order allowing summary judgment for defendant.

REVERSED AND REMANDED.